IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 19-cv-01617-CMA-STV

WELL MASTER CORPORATION, *a Colorado corporation*,

    Plaintiff/Counterclaim Defendant,

v.

LUCKYSHOT, LLC, *a Colorado limited liability company*, and
LUCKYSHOT CNC, LLC, *a Colorado limited liability company,*

    Defendants/Counterclaim Plaintiffs, and

SHANE ALLEN FAZZI,

    Defendant.

---

**ORDER ADOPTING RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

    This matter is before the Court on the December 10, 2019 Recommendation by United States Magistrate Judge Scott T. Varholak, wherein he recommends that this Court grant Plaintiff Well Master Corporation's Motion to Dismiss Defendants LuckyShot LLC and LuckyShot CNC LLC ("Defendants") First Counterclaim Pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. # 33). (Doc. # 61.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

    The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation.

(Doc. # 61 at 9 n.5.) Despite this advisement, neither party filed an objection to the Recommendation.

"[T]he district court is accorded considerable discretion with respect to the treatment of unchallenged magistrate reports. In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.")).

After reviewing the Recommendation of Magistrate Judge Varholak, in addition to applicable portions of the record and relevant legal authority, the Court is satisfied that the Recommendation is sound and not clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a). Accordingly, the Court ORDERS that the Recommendation of United States Magistrate Judge Scott T. Varholak (Doc. # 61) is AFFIRMED and ADOPTED as an Order of this Court. It is

FURTHER ORDERED that Plaintiff Well Master Corporation's Motion to Dismiss Defendants' First Counterclaim Pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. # 33) is GRANTED. It is

FURTHER ORDERED that Defendants' First Counterclaim for Intentional Interference with Prospective Contractual Relationships (Doc. # 27 at 15–16, ¶¶ 32–36) is DISMISSED WITHOUT PREJUDICE for the reasons stated in the Recommendation. (Doc. # 61.) However, Defendants' First Counterclaim will be dismissed with prejudice

unless Defendants file an amended version of their First Counterclaim that was set forth in their First Amended Answer to Plaintiff's Complaint, Counterclaims, and Jury Demand (Doc. # 27) on or before **January 16, 2020**.

DATED:  December 26, 2019

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge